Oscar Torres **BERUMEN,** Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General,** Respondent.

No. 06–71890.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 16, 2009 *.

Feb. 18, 2009.

Evan Lee Murri, Esquire, Law Offices of Evan L. Murri, PLC, San Gabriel, CA, for Petitioner.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Kristin Edison, Melissa J. Paolella, Esquire, U.S. Department of Justice, Carol Federighi, Esquire, James Arthur Hunolt, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KOZINSKI, Chief Judge, TROTT and FISHER, Circuit Judges.

**MEMORANDUM** **

Because petitioner hasn't shown good cause for his "failure to inquire as to the status of his" court date, he can't demonstrate "reasonable cause"—let alone "exceptional circumstances"—in support of his motion to reopen. *Hernandez–Vivas v. I.N.S.,* 23 F.3d 1557, 1560 (9th Cir.1994); *Valencia–Fragoso v. I.N.S.,* 321 F.3d 1204, 1205–06 (9th Cir.2003). Under either standard, the BIA did not abuse its discretion in denying petitioner's motion. *See Hernandez–Vivas,* 23 F.3d at 1560.

**DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.